| | |
|---|---|
| 1 | WILSON PETTY KOSMO & TURNER LLP |
| 2 | VICKIE E. TURNER (106431)<br>DENNIS E. RAGLIN (179261) |
| 3 | 550 West C Street, Suite 1050<br>San Diego, CA 92101 |
| 4 | Telephone (619) 236-9600<br>Facsimile  (619) 236-9669 |
| 5 | Attorneys for Defendant |
| 6 | GENERAL MOTORS CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA PAPIA, | Case No.  C 05-00043 CRB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE: PLAINTIFF SUBMITTING TO ORTHOPEDIC PHYSICAL EXAMINATION** |
| GENERAL MOTORS CORPORATION; and DOES 1 to 25, | |
| Defendants. | |

The parties, through their counsel, stipulate that the physical condition of Plaintiff Francesca Papia is in controversy in this litigation and good cause exists to have an independent medical examination to determine the extent of her alleged injuries, as well as her prognosis and potential need for future treatment.  Hence, pursuant to FRCP 35, the parties stipulate that Plaintiff will submit to a physical examination by Paul Mills, M.D., a board certified orthopedist.  Plaintiff will be examined by Dr. Mills at 11 a.m. on June 28, 2005 at 1101 Welch Road, Suite C-8, Palo Alto, California  94304.  Dr. Mills's C.V. is attached to this Stipulation as Exhibit "A."

The examination shall consist of an assessment of Plaintiff' physical status.  The examination may include a complete history and physical and examination of Plaintiff.

////

////

1

**STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF**　　　　　　　　　　　　　　　　**CASE NO.  C05-00043 CRB**

The examination will not include any diagnostic test or procedure that will be painful, protracted or intrusive.  The examination may be recorded by audiotape.

Dated:     June __, 2005          **CALDWELL & BUMERTS**

                                  By:   /s/_____
                                        PETER BUMERTS
                                        Attorneys for Plaintiff
                                        FRANCESCA PAPIA

Dated:     June ___, 2005         **WILSON PETTY KOSMO & TURNER LLP**

                                  By:   /s/_____
                                        VICKIE E. TURNER
                                        DENNIS E. RAGLIN
                                        Attorneys for Defendant
                                        GENERAL MOTORS CORPORATION

### ORDER

Based on the foregoing stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

Dated:  June 07, 2005_____        _____
                                             Charles R. Breyer
                                             United States District Judge

[APPROVED — Charles R. Breyer — United States District Court, Northern District of California seal]

2

**STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF**                **CASE NO.  C05-00043 CRB**