1  WILSON PETTY KOSMO & TURNER LLP
   VICKIE E. TURNER (106431)
2  DENNIS E. RAGLIN (179261)
   550 West C Street, Suite 1050
3  San Diego, CA 92101
   Telephone (619) 236-9600
4  Facsimile  (619) 236-9669

5  Attorneys for Defendant
   GENERAL MOTORS CORPORATION
6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 FRANCESCA PAPIA,                              Case No. C 05-00043 CRB

12         Plaintiff,

13    v.                                         **STIPULATION AND ORDER RE: PLAINTIFF SUBMITTING TO NEUROLOGIC EXAMINATION**

14 GENERAL MOTORS CORPORATION;
   and DOES 1 to 25,
15
           Defendants.
16

17         The parties, through their counsel, stipulate that the mental condition of Plaintiff

18 Francesca Papia is in controversy in this litigation and good cause exists to have an

19 independent medical examination to determine the extent of her alleged injuries, as well as

20 her prognosis and potential need for future treatment.  Hence, pursuant to FRCP 35, the

21 parties stipulate that Plaintiff will submit to a neuropsychologic examination by Michael

22 Mandel, M.D., a licensed psychiatrist and Jake Panzarella, Ph.D., a licensed psychologist.

23 Plaintiff will be examined by Dr. Mandel on July 26, 2005 from 8:30 a.m. to 3:00 p.m. at

24 591 Redwood Highway, Suite 2235, Mill Valley, California.  On July 28, 2005, Plaintiff will

25 then be examined by Dr. Panzarella from 8:30 a.m. to 12:30 p.m. at the same address.

26         The C.V. for each doctor is attached to this Stipulation.

27         ////

28         ////

1  The examination shall consist of an assessment of Plaintiff' cognitive status, and will
2  consist of two parts. Dr. Mandel will interview the Plaintiff and Dr. Panzarella will meet
3  with Plaintiff to conduct various non-intrusive psychological tests.
4  The examination may be recorded by audiotape.
5  Plaintiff will be responsible for any missed or late-canceled appointment fees.
6
7  Dated:   June __, 2005         **CALDWELL & BUMERTS**
8
9                                 By:   /s/
10                                       PETER BUMERTS
                                         Attorneys for Plaintiff
11                                       FRANCESCA PAPIA
12
13 Dated:   June ___, 2005        **WILSON PETTY KOSMO & TURNER LLP**
14                                 By:   /s/
                                         VICKIE E. TURNER
15                                       DENNIS E. RAGLIN
                                         Attorneys for Defendant
16                                       GENERAL MOTORS CORPORATION
17
18                                **ORDER**
19  Based on the foregoing stipulation of the parties, and good cause appearing,
20  IT IS SO ORDERED.
21
22  Dated: June 30, 2005   2005
                                         Charles
                                         United S                  dge
                                         [APPROVED — Judge Charles R. Breyer signature stamp]

2
**STIPULATION FOR NEUROPSYCHOLOGIC EXAMINATION OF PLAINTIFF**