UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA PAPIA,<br><br>      Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION;<br>and DOES 1 to 25,<br><br>      Defendants. | Case No.  C 05-00043 CRB<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE BY WHICH TO MEDIATE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties stipulate, through counsel, as follows:

1. The deadline by which to mediate this matter is currently July 23, 2005;

2. The parties had previously scheduled a mediation with Court-appointed mediator Christopher Johns for July 15, 2005;

3. Following Plaintiff's June 17, 2005 deposition, it became apparent that Plaintiff was claiming injuries from the subject automobile accident for which a neuropsychological assessment would be required to properly determine Plaintiff's damages;

4. Following the deposition, Defendant retained experts to perform a neuropsychologic examination of Plaintiff, but the experts confirm that they cannot examine Plaintiff until July 26 and 28, the earliest dates possible;

5. The parties agree that the Court should therefore continue the deadline to mediate the case to September 16, 2005 to allow for a rescheduling of the mediation;

1  6. The parties further agree that the Case Management Conference currently
2  scheduled for August 5, 2005 should be continued to __10/07/2005__ at __8:30__ a.m.

3

4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  DATED: _____    /s/_____
                                    Peter Bumerts
6                                   Attorneys for Plaintiff
                                    Francesca Papia
7
8  DATED: _____    /s/_____
                                    Dennis E. Raglin
9                                   Attorneys For Defendant
                                    General Motors Corporation
10

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  DATED: June 30, 2005

13                                  _____
14                                  Hon. Charles R. Breyer
                                    United States District Court

APPROVED
Judge Charles R. Breyer