```
WILSON PETTY KOSMO & TURNER LLP
VICKIE E. TURNER (106431)
DENNIS E. RAGLIN (179261)
550 West C Street, Suite 1050
San Diego, CA 92101
Telephone (619) 236-9600
Facsimile  (619) 236-9669

Attorneys for Defendant
GENERAL MOTORS CORPORATION
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA PAPIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GENERAL MOTORS CORPORATION;<br>and DOES 1 to 25,<br><br>　　　　Defendants. | Case No.  C 05-00043 CRB<br><br>**STIPULATION AND ORDER<br>DISMISSING ACTION WITH PREJUDICE<br>[FRCP 41(a)]** |

THE PARTIES STIPULATE, THROUGH COUNSEL, AS FOLLOWS:

1.　That this action shall be dismissed in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a).

Dated:　　September 1_, 2005　　LAW OFFICES OF MICHAEL TRAIN CALDWELL

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　MICHAEL TRAIN CALDWELL
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　FRANCESA PAPIA

Dated:　　September 22, 2005　　WILSON PETTY KOSMO & TURNER LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　VICKIE E. TURNER
　　　　　　　　　　　　　　　　　　DENNIS E. RAGLIN
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　GENERAL MOTORS CORPORATION

## PROPOSED ORDER DISMISSING ACTION

Based on the foregoing stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED THAT this action is HEREBY DISMISSED WITH PREJUDICE in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a).

IT IS SO ORDERED.

Dated: October 3, 2005

_____
Charles Breyer
United States



STIPULATION OF DISMISSAL WITH PREJUDICE                           CASE NO. C05-00043 CRB

1  WILSON PETTY KOSMO & TURNER LLP
   VICKIE E. TURNER (106431)
2  DENNIS E. RAGLIN (179261)
   550 West C Street, Suite 1050
3  San Diego, CA 92101
   Telephone (619) 236-9600
4  Facsimile  (619) 236-9669

5  Attorneys for Defendant
   GENERAL MOTORS CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  FRANCESCA PAPIA,                    Case No. C 05-00043 CRB

12          Plaintiff,                  **CERTIFICATE OF SERVICE**

13      v.

14  GENERAL MOTORS CORPORATION;
    and DOES 1 to 25,
15
            Defendants.
16

17

18      I, the undersigned, declare as follows:

19      I am employed with the law firm of WILSON PETTY KOSMO & TURNER LLP,

20  whose address is 550 West C Street, Suite 1050, San Diego, California 92101.  I am readily

21  familiar with the business practices of this office for collection and processing of

22  correspondence for mailing with the United States Postal Service; I am over the age of

23  eighteen and I am not a party to this action.

24      On September 23, 2005, I served the following documents, bearing the titles:

25  **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE
26  [FRCP 41(a)]**

27

28

                                    1

1  [X]  by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

3  Michael Train Caldwell, Esq.
   Peter Bumerts, Esq.
   65 Valley View
   San Rafael, CA  94901
   Tel:  (415) 453-8339
   Fax: (415) 532-1312
   *(Attorneys for Plaintiff)*

7  Peter Bumerts, Esq.
   Fountain Grove Corporate Plaza
   3510 Unocal Place, Suite 200
   Santa Rosa, CA  95403
   Tel: (707) 545-1998
   Fax: (707) 545-1878
   *(Attorneys for Plaintiff)*

11  [X]  (By **MAIL SERVICE**) I placed such envelopes for collection and mailing on this date following ordinary business practices.

13  [ ]  (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

15  [X]  (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2006.  The facsimile machine I used complied with Rule 2003 and no error was reported by the machine.  Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

18  [ ]  (By **FEDERAL EXPRESS – NEXT DAY DELIVERY**) I caused to be delivered such envelope by hand to the office of the addressee.

20  [ ]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22  [X]  (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

24  Executed on September 23, 2005 at San Diego, California.

*Jamie Webb*
Jamie Webb

2

CASE NO. C 05-00043 WHA
DEF. GENERAL MOTORS CERTIFICATE OF SERVICE